# FLSA SETTLEMENT AGREEMENT

THIS SETTLEMENT AGREEMENT (the "Agreement") is made and entered into by and between PAUL SPRINGSTON ("Employee"), and STANLEY L. DIGUISEPPI, Individually, and d/b/a EASY WHEELS ("Employer"). Employee was previously employed by Employer. The parties desire to settle the Fair Labor Standards Act ("FLSA") unpaid-overtime claim brought by Employee against Employer in the U.S. District Court for the Middle District of Florida under Case No. 5:17-cv-00347-JSM-PRL. Accordingly, in consideration of the mutual promises set forth below, Employee and Employer agree as follows:

1. Employer will make the payments specified below in return for the Employee's dismissal, with prejudice, of the claims brought by Employee against Employer in the U.S. District Court for the Middle District of Florida under Case No. 5:17-cv-00347-JSM-PRL.

2. By entering into this Agreement, Employer does not admit any underlying liability to Employee. Employer simply wishes to resolve the pending claims to avoid the distraction and cost of litigation.

3. Employer promises and obligates itself to perform the following covenants under this Agreement:

    a. Employer shall provide Employee with a payment in the gross amount of $10,000, divided as follows:

        i. $2,500.00   for full settlement of Employee's contested claims for back wages under the FLSA;

        ii. $2,500.00   in compromise of Employee's contested claims for liquidated damages under the FLSA; and

        iii. $5,000.00   to Richard Celler Legal, P.A. for attorneys' fees and costs.

    b. Employee agrees to be solely responsible for any and all tax liability for payments made herein, and agrees to defend, indemnify and hold harmless employer for any and all tax liability, fines and/or penalties arising out of the payments made herein and the requirement to disclose same to the IRS.

4. Employee promises and obligates himself to perform the following covenants under this Agreement:

    a. Employee agrees that the amounts set out above represent full compensation for any back wages and liquidated damages that he might have been able to recover from Employer in connection with the claims brought by Employee in Case No. 5:17-cv-00347-JSM-PRL.

    b. Employee agrees to file a stipulation with the court seeking to voluntarily dismiss with prejudice the claims that he has filed against Employer under Case No. 5:17-cv-00347-JSM-PRL. Employee agrees to cooperate with Employer in filing any materials that the Court may deem necessary to review or approve the parties'

settlement.

5. The parties hereby mutually and generally release each other, individually, and in a corporate capacity, from any and all claims or potential claims arising out of, or during, Plaintiff's relationship with Defendant and vice versa, from the beginning of time through the date of this release.

6. This Agreement shall not be orally amended, modified, or changed. No change, amendment, or modification to the terms of this Agreement shall be valid unless such change, amendment, or modification is memorialized in a written agreement between the parties that has been signed by Employee and by duly authorized officers or representatives of Employer and that specifically references both this Agreement and the provisions herein that are to be amended, modified, or changed.

7. This Agreement is made in the state of Florida and shall be interpreted according to Florida law.

IN WITNESS WHEREOF, PLAINTIFF and DEFENDANT, have approved and executed this Settlement Agreement on the date(s) specified below.

WITNESSED BY:

Kathleen Davis
KATHLEEN DAVIS

_____
PAUL SPRINGSTON

STATE OF FLORIDA )
COUNTY OF CITRUS )

The foregoing instrument was acknowledged before me this 18 day of OCTOBER, 2017, by **PAUL SPRINGSTON**, who is personally known to me or who has produced FL. DL. as identification and who did (did not) take an oath.

Kathleen M. Davis
Signature of Notary Public

KATHLEEN M. DAVIS
NOTARY PUBLIC, STATE OF FLORIDA
MY COMM. EXP. MAY 20, 2018
COMM. #FF123960
BONDED BY WESTERN SURETY COMPANY

Print/Type or Stamp Commissioned
Name of Notary Public KATHLEEN DAVIS

00710115.WPD

WITNESSED BY:

_____

_Kathleen L Green_

_____
STANLEY L. DIGUISEPPI,
Individually, and d/b/a EASY
WHEELS

_____
DOUGLAS J. LAPOINTE, ESQ.

STATE OF _Florida_ )
COUNTY OF _Citrus_ )

The foregoing instrument was acknowledged before me this _22_ day of _September_, 2017, by STANLEY L. DIGUISEPPI, who is personally known to me or who has produced _FL DL_ as identification and who did (did not) take an oath.

_____
Signature of Notary Public

_William R Cook_
Print/Type or Stamp Commissioned
Name of Notary
Public_____

WILLIAM R COOK
Notary Public - State of Florida
Commission # GG 174690
My Comm. Expires Jul 17, 2021

00709897.WPD